UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL ESPOSITO, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br><br>     Defendants. | Case No. 07-CV-10687 (JGK)<br><br>MOTION TO ADMIT COUNSEL PRO HAC VICE |
| BARBARA BOLAND, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br><br>     Defendants. | Case No. 07-CV-11054 (MGC) |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Lynda J. Grant, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> DEREK W. LOESER
> Keller Rohrback LLP
> 1201 Third Avenue
> Suite 3200
> Seattle, WA 98101
> Phone: 206-623-1900
> Fax: 206-634-3384

DEREK W. LOESER is a member in good standing of the Bar of the State of Washington.

There are no pending disciplinary proceeding against DEREK W. LOESER in any State or Federal Court.

Dated: December 14, 2007
New York, New York

> Respectfully submitted,
>
> /s/ Lynda J. Grant
> Lynda J. Grant
> SDNY Bar: 148282
> Cohen Milstein Hausfeld & Toll, P.L.L.C.
> 150 East 52nd Street
> New York, NY 10022
> Phone: 212-838-7797
> Fax:    212-838-7745

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL ESPOSITO, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br>     Defendants. | Case No. 07-CV-10687 (JGK)<br><br>**DECLARATION OF LYNDA J. GRANT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| BARBARA BOLAND, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br>     Defendants. | **Case No. 07-CV-11054 (MGC)** |

Lynda J. Grant declares pursuant to 28 U.S.C. § 1746 as follows:

1.  I am a member of the firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., co-counsel for Plaintiffs CARL ESPOSITO and BARBARA BOLAND in the above captioned actions. I am familiar with the proceedings in this case. I make this statement based on my knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Derek L. Loeser as counsel *pro hac vice* to represent Plaintiffs in this matter.

2.  I am a member in good standing of the bar of the state of New York, and was admitted to practice law on March 23, 1983. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have know Derek W. Loeser the past several years, and am familiar with his practice. We have both been involved in complex ERISA class action litigation representing plaintiffs

4.  Mr. Loeser is a partner at Keller Rohrback, L.L.P.

5.  I have found Mr. Loeser to be a skilled attorney and a person of integrity. *See also* Exhibit A, declaration of Derek W. Loeser (to which a certificate of good standing is attached as Exhibit 1). He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.  Accordingly, I am pleased to move the admission of Derek W. Loeser, *pro hac vice*.

7.  I respectfully submit a proposed order granting the admission of Derek W. Loeser, pro hac vice, which is attached as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Derek W. Loeser, *pro hac vice*, to represent Plaintiffs in the above captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 14th, 2007 in New York, New York

                                    COHEN, MILSTEIN, HAUSFELD
                                    & TOLL, P.L.L.C.

                                    */s/ Lynda J. Grant*
                                    Lynda J. Grant (LG-4784)
                                    150 East 52nd Street
                                    Thirtieth Floor
                                    New York, NY 10022
                                    Telephone: (212 838-7797
                                    Facsimile: (212) 838-7745

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL ESPOSITO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br><br>Defendants. | Case No. 07-CV-10687 (JGK)<br><br>**AFFIDAVIT OF DEREK W. LOESER** |
| BARBARA BOLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br><br>Defendants. | Case No. 07-CV-11054 (MGC) |

DEREK W. LOESER, an attorney duly admitted to practice in the Courts of this State of Washington, declares, pursuant to the Individual Rules and Procedures of this Court and Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, as follows:

1. I am a partner with the law firm of Keller Rohrback L.L.P., Co-Counsel for Plaintiffs CARL ESPOSITO and BARBARA BOLAND in the above-captioned matters with Lynda J. Grant at the office of Cohen, Milstein, Hausfeld & Toll, P.L.L.C.

2. I submit this Affidavit in support of Plaintiffs' motion for my admission to practice *pro hac vice* in this matter to argue or try this particular case in whole or in part as counsel or advocate.

3. As shown in the Certificate of Good Standing issued by the Supreme Court of the State of Washington and attached hereto as Exhibit 1, I am a member in good standing of the Bar of the State of Washington.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 13, 2007, at Seattle, Washington.

_____
DEREK W. LOESER

SUBSCRIBED AND SWORN TO before me this 13th day of December, 2007.

_____
Print Name: Mavis Bates
NOTARY PUBLIC in and for the State of Washington; residing at: King County
My commission expires: 9/1/10

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) ) ) | BAR NO. 24274 |
| OF | ) ) | **CERTIFICATE OF GOOD** |
| DEREK WILLIAM LOESER | ) ) | **STANDING** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) ) ) | |

I, Susan L. Carlson, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

DEREK WILLIAM LOESER

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 15, 1994, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 7th day of December, 2007.

Susan L. Carlson
Supreme Court Deputy Clerk
Washington State Supreme Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL ESPOSITO, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br><br>　　　　　　　Defendants. | **Case No. 07-CV-10687 (JGK)**<br><br>**[PROPOSED] ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br>**ON WRITTEN MOTION** |
| BARBARA BOLAND, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br><br>　　　　　　　Defendants. | **Case No. 07-CV-11054 (MGC)** |

Upon the motion of Lynda J. Grant, Cohen Milstein Hausfeld and Toll, PLLC., attorney for Carl Esposito and Barbara Boland, and the Declaration of Lynda J. Grant, and accompanying exhibits;

IT IS HEREBY ORDERED that

>DEREK W. LOESER
>Keller Rohrback LLP
>1201 Third Avenue
>Suite 3200
>Seattle, WA 98101
>Phone: 206-623-1900
>Fax: 206-634-3384

is admitted to practice *pro hac vice* as counsel for Carl Esposito and Barbara Boland in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: December 14, 2007
New York, New York 10022

_____
United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL ESPOSITO, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br><br>     Defendants. | **Case No. 07-CV-10687 (JGK)**<br><br>**CERTIFICATE OF SERVICE** |
| BARBARA BOLAND, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br><br>     Defendants. | **Case No. 07-CV-11054 (MGC)** |

## CERTIFICATE OF SERVICE

I, Justin R. Cambria, hereby certify that I am over the age of 18, and am employed by the Law Firm of Cohen, Milstein, Hausfeld, & Toll, P.L.L.C. On this 14th day of December, 2007, I caused true and accurate copies of the foregoing Motion to Admit Counsel Pro Hac Vice, Declaration of Lynda J. Grant in Support of Motions to Admit Counsel Pro Hac Vice, Affidavit of Derek W. Loeser, Certificate of Good Standing, and Proposed Order for Admission Pro Hac Vice on Written Motion, via UPS, upon the following counsel of record:

| | |
|---|---|
| Paul Blankenstein<br>Gibson, Dunn & Crutcher, LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Phone: 202-955-8693<br>Fax: 202-530-9532<br>pblankenstein@gibsondunn.com<br><br>Representing Defendants E. Stanley O'Neal, Carol T.Christ, Armando M. Codina, Virgis W. Colbert, Jill K. Conway, Alberto Cribiore, John D. Finnegan, Judith Mayhew Jonas, David K. Newbigging, Aulana L. Peters, Joseph W. Prueher, Ann N. Reese, Charles O. Rossotti, Louis Dimaria, and Peter Stingi | William Edward Bernarduci, Esq.<br>Robert A. Izard, Esq.<br>Schatz Nobel Izard P.C.<br>20 Church Street, Suite 1700<br>Hartford, CT 06103<br>Phone: 860-493-6289<br>Fax: 860-493-6290<br>wbernarduci@snlaw.net<br>rizard@snlaw.net<br><br>Representing Sean Shaugnessey |
| Robert I. Harwood, Esq.<br>Samuel Kenneth Rosen, Esq.<br>Harwood Feffer LLP<br>488 Madison Avenue, 8th Floor<br>New York, NY 10022<br>Phone: 212-935-7400<br>Fax: 212-753-3630<br>rharwood@hfesq.com<br>srosen@hfesq.com<br><br>Representing Christine Donlon | Katherine B. Bornstein, Esq.<br>Edward W. Ciolko, Esq.<br>Joseph H. Meltzer, Esq.<br>Joseph A. Weeden, Esq.<br>Schiffrin, Barroway, Topaz<br>  & Kessler, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Phone: 610-667-7706<br>Fax: 610-667-7056<br>kbornstein@sbclasslaw.com<br>eciolko@sbclasslaw.com<br>jmeltzer@sbclasslaw.com<br>jweeden@sbclasslaw.com |

|  |  |
| --- | --- |
|  | Representing Elizabeth Estey and Tara Moore |
| Ralph M. Stone, Esq.<br>Thomas G. Ciarlone, Jr., Esq.<br>Amanda C. Scuder, Esq.<br>Shalov Stone Bonner & Rocco, LLP<br>485 Seventh Avenue, Suite 1000<br>New York, NY 10018<br>Phone: 212-239-4340<br>Fax: 212-239-4310<br>rstone@lawssb.com<br>tciarlone@lawssb.com<br>ascuder@lawssb.com<br><br>Representing Mary Gidaro | Jay B. Kasner, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>Phone: 212-735-2628<br>Fax: 212-777-2628<br>jkasner@skadden.com<br><br>Representing Merrill Lynch & Co. |
| Edwin J. Mills<br>Stull Stull & Brody<br>6 East 4th Street, 5th Floor<br>New York, NY 10017<br>Phone: 212-687-7230<br>Fax: 212-490-2022<br>ssbny@aol.com<br><br>Representing Gregory Yashgur | Curtis V. Trinko<br>Wai Kin Chan<br>Law Office of Curtis V. Trinko, LLP<br>16 West 46th Street, 7th Floor<br>New York, NY 10036<br>Phone: 212-490-9550<br>Fax: 212-986-0158<br>kchan@trinko.com<br>ctrinko@trinko.com<br><br>Representing Elizabeth Estey and Tara Moore |

*/s/ Justin R. Cambria*

Justin R. Cambria

12/14/2007

Date