UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH ESTEY, individually and on
behalf of all others similarly situated,

     Plaintiffs,

  v.

MERRILL LYNCH & CO., INC., E.
STANLEY O'NEAL, CAROL T. CHRIST,
ARMANDO M. CODINA, VIRGIS W.
COLBERT, JILL K. CONWAY, ALBERTO
CRIBIORE, JOHN D. FINNEGAN, JUDITH
MAYHEW JONAS, DAVID K.
NEWBIGGING, AULANA L. PETERS,
JOSEPH W. PRUEHER, ANN N. REESE,
CHARLES O. ROSSOTTI, LOUIS DIMARIA,
PETER STINGI and JOHN AND JANE DOES
1-20,

     Defendants.

Case No.  07-CV-10268 (LBS)

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH ESTEY, individually and on
behalf of all others similarly situated,

              Plaintiffs,

      v.

MERRILL LYNCH & CO., INC., E.
STANLEY O'NEAL, CAROL T. CHRIST,
ARMANDO M. CODINA, VIRGIS W.
COLBERT, JILL K. CONWAY, ALBERTO
CRIBIORE, JOHN D. FINNEGAN, JUDITH
MAYHEW JONAS, DAVID K.
NEWBIGGING, AULANA L. PETERS,
JOSEPH W. PRUEHER, ANN N. REESE,
CHARLES O. ROSSOTTI, LOUIS DIMARIA,
PETER STINGI and JOHN AND JANE DOES
1-20,

              Defendants.

Case No.  07-CV-10268 (LBS)

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

MARY GIDARO, individually and on behalf of )
all others similarly situated, )
                                    )
                     Plaintiffs, )
                                      )
                        v. )
                                        )
MERRILL LYNCH & CO., INC., E. )      **Case No.  07-CV-10273 (LBS)**
STANLEY O'NEAL, CAROL T. CHRIST, )
ARMANDO M. CODINA, VIRGIS W. )
COLBERT, JILL K. CONWAY, ALBERTO )
CRIBIORE, JOHN D. FINNEGAN, JUDITH )
MAYHEW JONAS, DAVID K. )
NEWBIGGING, AULANA L. PETERS, )
JOSEPH W. PRUEHER, ANN N. REESE, )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20, )
                     Defendants. )
                                      )

TARA MOORE, individually and on behalf of )
all others similarly situated, )
                                    )
                     Plaintiffs, )
                                      )
                        v. )
                                      )
MERRILL LYNCH & CO., INC., E. )      **Case No.  07-CV-10398 (DC)**
STANLEY O'NEAL, CAROL T. CHRIST, )
ARMANDO M. CODINA, VIRGIS W. )
COLBERT, JILL K. CONWAY, ALBERTO )
CRIBIORE, JOHN D. FINNEGAN, JUDITH )
MAYHEW JONAS, DAVID K. )
NEWBIGGING, AULANA L. PETERS, )
JOSEPH W. PRUEHER, ANN N. REESE, )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20, )
                     Defendants. )
                                      )

GREGORY YASHGUR, individually and on behalf of all others similarly situated,     )
)
)
Plaintiffs,     )
)
v.     )
)
MERRILL LYNCH & CO., INC., E.     )     **Case No.  07-CV-10569 (JSR)**
STANLEY O'NEAL, CAROL T. CHRIST,     )
ARMANDO M. CODINA, VIRGIS W.     )
COLBERT, JILL K. CONWAY, ALBERTO     )
CRIBIORE, JOHN D. FINNEGAN, JUDITH     )
MAYHEW JONAS, DAVID K.     )
NEWBIGGING, AULANA L. PETERS,     )
JOSEPH W. PRUEHER, ANN N. REESE,     )
CHARLES O. ROSSOTTI, LOUIS DIMARIA,     )
PETER STINGI and JOHN AND JANE DOES     )
1-20,     )
Defendants.     )
)

CHRISTINE DONLON, individually and on behalf of all others similarly situated,     )
)
)
Plaintiffs,     )
)
v.     )
)
MERRILL LYNCH & CO., INC., E.     )     **Case No.  07-CV-10661 (CM)**
STANLEY O'NEAL, CAROL T. CHRIST,     )
ARMANDO M. CODINA, VIRGIS W.     )
COLBERT, JILL K. CONWAY, ALBERTO     )
CRIBIORE, JOHN D. FINNEGAN, JUDITH     )
MAYHEW JONAS, DAVID K.     )
NEWBIGGING, AULANA L. PETERS,     )
JOSEPH W. PRUEHER, ANN N. REESE,     )
CHARLES O. ROSSOTTI, LOUIS DIMARIA,     )
PETER STINGI and JOHN AND JANE DOES     )
1-20,     )
Defendants.     )
)

| | |
|---|---|
| CARL ESPOSITO, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) ) | |
| v. ) ) | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20, ) ) ) ) ) ) ) ) ) ) ) ) ) | **Case No. 07-CV-10687 (JGK)** |
| Defendants. ) ) | |

| | |
|---|---|
| SEAN SHAUGHNESSEY, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) ) | |
| v. ) ) | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20, ) ) ) ) ) ) ) ) ) ) ) ) ) | **Case No. 07-CV-10710 (GEL)** |
| Defendants. ) ) | |

BARBARA BOLAND and ANNA MOLIN,          )
individually and on behalf of all others          )
similarly situated,          )
          )
                    Plaintiffs,          )
          )
          v.          )
          )          **Case No.  07-CV-11054 (MGC)**
MERRILL LYNCH & CO., INC., E.          )
STANLEY O'NEAL, CAROL T. CHRIST,          )
ARMANDO M. CODINA, VIRGIS W.          )
COLBERT, JILL K. CONWAY, ALBERTO          )
CRIBIORE, JOHN D. FINNEGAN, JUDITH          )
MAYHEW JONAS, DAVID K.          )
NEWBIGGING, AULANA L. PETERS,          )
JOSEPH W. PRUEHER, ANN N. REESE,          )
CHARLES O. ROSSOTTI, LOUIS DIMARIA,          )
PETER STINGI and JOHN AND JANE DOES          )
1-20,          )
                    Defendants.          )

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Lynda J. Grant, a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

BRUCE F. RINALDI
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, NW
Suite 500 West
Washington, DC  20005-3934
Phone:  202-408-4600
Fax:  202-408-4699

BRUCE F. RINALDI is a member in good standing of the Bar of the District of Columbia.

There are no pending disciplinary proceedings against BRUCE F. RINALDI in any State

of Federal Court.

Dated: January ____7____, 2008
        New York, New York

Respectfully submitted,

Lynda J. Grant
SDNY Bar:  148282
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 East 52nd Street
New York, NY  10022
Phone: 212-838-7797
Fax:    212-838-7745

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH ESTEY, individually and on behalf of all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20, )<br><br>Defendants. ) | **Case No.  07-CV-10268 (LBS)**<br><br>**DECLARATION OF LYNDA J. GRANT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

325753.1 1

| | | |
|---|---|---|
| MARY GIDARO, individually and on behalf of all others similarly situated,<br><br>                 Plaintiffs,<br><br>          v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br>                 Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.  07-CV-10273 (LBS) |
| TARA MOORE, individually and on behalf of all others similarly situated,<br><br>                 Plaintiffs,<br><br>          v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br>                 Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.  07-CV-10398 (DC) |

GREGORY YASHGUR, individually and on
behalf of all others similarly situated,          )
                                                  )
                                                  )
                    Plaintiffs,                   )
                                                  )
           v.                                     )
                                                  )
MERRILL LYNCH & CO., INC., E.                     )    Case No.  07-CV-10569 (JSR)
STANLEY O'NEAL, CAROL T. CHRIST,                  )
ARMANDO M. CODINA, VIRGIS W.                      )
COLBERT, JILL K. CONWAY, ALBERTO                  )
CRIBIORE, JOHN D. FINNEGAN, JUDITH                )
MAYHEW JONAS, DAVID K.                            )
NEWBIGGING, AULANA L. PETERS,                     )
JOSEPH W. PRUEHER, ANN N. REESE,                  )
CHARLES O. ROSSOTTI, LOUIS DIMARIA,               )
PETER STINGI and JOHN AND JANE DOES               )
1-20,                                             )
                    Defendants.                   )
                                                  )

CHRISTINE DONLON, individually and on
behalf of all others similarly situated,          )
                                                  )
                                                  )
                    Plaintiffs,                   )
                                                  )
           v.                                     )
                                                  )
MERRILL LYNCH & CO., INC., E.                     )    Case No.  07-CV-10661 (CM)
STANLEY O'NEAL, CAROL T. CHRIST,                  )
ARMANDO M. CODINA, VIRGIS W.                      )
COLBERT, JILL K. CONWAY, ALBERTO                  )
CRIBIORE, JOHN D. FINNEGAN, JUDITH                )
MAYHEW JONAS, DAVID K.                            )
NEWBIGGING, AULANA L. PETERS,                     )
JOSEPH W. PRUEHER, ANN N. REESE,                  )
CHARLES O. ROSSOTTI, LOUIS DIMARIA,               )
PETER STINGI and JOHN AND JANE DOES               )
1-20,                                             )
                    Defendants.                   )
                                                  )

CARL ESPOSITO, individually and on behalf )
of all others similarly situated,            )
                                            )
                    Plaintiffs,             )
                                            )
        v.                                  )
                                            )
MERRILL LYNCH & CO., INC., E.               )    **Case No. 07-CV-10687 (JGK)**
STANLEY O'NEAL, CAROL T. CHRIST,            )
ARMANDO M. CODINA, VIRGIS W.                )
COLBERT, JILL K. CONWAY, ALBERTO            )
CRIBIORE, JOHN D. FINNEGAN, JUDITH          )
MAYHEW JONAS, DAVID K.                      )
NEWBIGGING, AULANA L. PETERS,               )
JOSEPH W. PRUEHER, ANN N. REESE,            )
CHARLES O. ROSSOTTI, LOUIS DIMARIA,         )
PETER STINGI and JOHN AND JANE DOES         )
1-20,                                       )
                    Defendants.             )
                                            )

SEAN SHAUGHNESSEY, individually and on )
behalf of all others similarly situated,     )
                                            )
                    Plaintiffs,             )
                                            )
        v.                                  )
                                            )
MERRILL LYNCH & CO., INC., E.               )    **Case No. 07-CV-10710 (GEL)**
STANLEY O'NEAL, CAROL T. CHRIST,            )
ARMANDO M. CODINA, VIRGIS W.                )
COLBERT, JILL K. CONWAY, ALBERTO            )
CRIBIORE, JOHN D. FINNEGAN, JUDITH          )
MAYHEW JONAS, DAVID K.                      )
NEWBIGGING, AULANA L. PETERS,               )
JOSEPH W. PRUEHER, ANN N. REESE,            )
CHARLES O. ROSSOTTI, LOUIS DIMARIA,         )
PETER STINGI and JOHN AND JANE DOES         )
1-20,                                       )
                    Defendants.             )
                                            )

BARBARA BOLAND and ANNA MOLIN,     )
individually and on behalf of all others     )
similarly situated,     )
     )
                 Plaintiffs,     )
     )
             v.     )
     )       **Case No.  07-CV-11054 (MGC)**
MERRILL LYNCH & CO., INC., E.     )
STANLEY O'NEAL, CAROL T. CHRIST,     )
ARMANDO M. CODINA, VIRGIS W.     )
COLBERT, JILL K. CONWAY, ALBERTO     )
CRIBIORE, JOHN D. FINNEGAN, JUDITH     )
MAYHEW JONAS, DAVID K.     )
NEWBIGGING, AULANA L. PETERS,     )
JOSEPH W. PRUEHER, ANN N. REESE,     )
CHARLES O. ROSSOTTI, LOUIS DIMARIA,     )
PETER STINGI and JOHN AND JANE DOES     )
1-20,     )
             Defendants.     )

Lynda J. Grant declares pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a member of the firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., co-counsel for Plaintiffs CARL ESPOSITO, BARBARA BOLAND and ANNA MOLIN in the above captioned actions.  I am familiar with the proceedings in this case.  I make this statement based on my knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Bruce F. Rinaldi as counsel *pro hac vice* to represent Plaintiffs in this matter.

2.      I am a member in good standing of the bar of the state of New York, and was admitted to practice law on March 23, 1983.  I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I agree to act as local counsel for Bruce F. Rinaldi and to observe the Rules of Court governing the conduct of attorneys.

4.      Bruce F. Rinaldi, who is known to me personally, is a member in good standing of the Bar of the District of Columbia.  Bruce F. Rinaldi is an attorney of the firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. counsel to the Plaintiffs CARL ESPOSITO, BARBARA BOLAND and ANNA MOLIN in this action.  *See also* the Declaration of Bruce F. Rinaldi in Support of Motion to Admit Counsel *Pro Hac Vice* (to which a certificate of good standing is attached as Exhibit 1).  He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

5.      Accordingly, I am pleased to move the admission of Bruce F. Rinaldi, *pro hac vice.*

WHEREFORE, it is respectfully requested that the motion to admit Bruce F. Rinaldi, *pro hac vice*, to represent Plaintiffs in the above captioned matter be granted.

I declare under penalty of perjury that the foregoing is true and correct

Executed on January 7, 2008 in New York, New York

COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.

Lynda J. Grant (LG-4784)
150 East 52nd Street
New York, NY 10022
Phone: 212-838-7797
Fax:    212-838-7745

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH ESTEY, individually and on behalf of all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20, )<br><br>Defendants. ) | Case No.  07-CV-10268 (LBS)<br><br>**DECLARATION OF BRUCE F. RINALDI IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

325764.1 1

MARY GIDARO, individually and on behalf of
all others similarly situated,

                   Plaintiffs,

           v.

MERRILL LYNCH & CO., INC., E.
STANLEY O'NEAL, CAROL T. CHRIST,
ARMANDO M. CODINA, VIRGIS W.
COLBERT, JILL K. CONWAY, ALBERTO
CRIBIORE, JOHN D. FINNEGAN, JUDITH
MAYHEW JONAS, DAVID K.
NEWBIGGING, AULANA L. PETERS,
JOSEPH W. PRUEHER, ANN N. REESE,
CHARLES O. ROSSOTTI, LOUIS DIMARIA,
PETER STINGI and JOHN AND JANE DOES
1-20,

                   Defendants.

**Case No. 07-CV-10273 (LBS)**

---

TARA MOORE, individually and on behalf of
all others similarly situated,

                   Plaintiffs,

           v.

MERRILL LYNCH & CO., INC., E.
STANLEY O'NEAL, CAROL T. CHRIST,
ARMANDO M. CODINA, VIRGIS W.
COLBERT, JILL K. CONWAY, ALBERTO
CRIBIORE, JOHN D. FINNEGAN, JUDITH
MAYHEW JONAS, DAVID K.
NEWBIGGING, AULANA L. PETERS,
JOSEPH W. PRUEHER, ANN N. REESE,
CHARLES O. ROSSOTTI, LOUIS DIMARIA,
PETER STINGI and JOHN AND JANE DOES
1-20,

                   Defendants.

**Case No. 07-CV-10398 (DC)**

| | | |
|---|---|---|
| GREGORY YASHGUR, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 07-CV-10569 (JSR) |
| Defendants. | ) ) ) | |

| | | |
|---|---|---|
| CHRISTINE DONLON, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 07-CV-10661 (CM) |
| Defendants. | ) ) | |

CARL ESPOSITO, individually and on behalf of all others similarly situated,                    )
                                                                                               )
                                                                                               )
              Plaintiffs,                                                          )
                                                                                               )
              v.                                                                     )
                                                                                               )
MERRILL LYNCH & CO., INC., E.                                                                  )       **Case No.  07-CV-10687 (JGK)**
STANLEY O'NEAL, CAROL T. CHRIST,                                                               )
ARMANDO M. CODINA, VIRGIS W.                                                                   )
COLBERT, JILL K. CONWAY, ALBERTO                                                               )
CRIBIORE, JOHN D. FINNEGAN, JUDITH                                                             )
MAYHEW JONAS, DAVID K.                                                                         )
NEWBIGGING, AULANA L. PETERS,                                                                  )
JOSEPH W. PRUEHER, ANN N. REESE,                                                               )
CHARLES O. ROSSOTTI, LOUIS DIMARIA,                                                            )
PETER STINGI and JOHN AND JANE DOES                                                            )
1-20,                                                                                          )
              Defendants.                                                         )
                                                                                               )

SEAN SHAUGHNESSEY, individually and on behalf of all others similarly situated,                )
                                                                                               )
                                                                                               )
              Plaintiffs,                                                          )
                                                                                               )
              v.                                                                     )
                                                                                               )
MERRILL LYNCH & CO., INC., E.                                                                  )       **Case No.  07-CV-10710 (GEL)**
STANLEY O'NEAL, CAROL T. CHRIST,                                                               )
ARMANDO M. CODINA, VIRGIS W.                                                                   )
COLBERT, JILL K. CONWAY, ALBERTO                                                               )
CRIBIORE, JOHN D. FINNEGAN, JUDITH                                                             )
MAYHEW JONAS, DAVID K.                                                                         )
NEWBIGGING, AULANA L. PETERS,                                                                  )
JOSEPH W. PRUEHER, ANN N. REESE,                                                               )
CHARLES O. ROSSOTTI, LOUIS DIMARIA,                                                            )
PETER STINGI and JOHN AND JANE DOES                                                            )
1-20,                                                                                          )
              Defendants.                                                         )
                                                                                               )

BARBARA BOLAND and ANNA MOLIN,    )
individually and on behalf of all others    )
similarly situated,    )
    )
                        Plaintiffs,    )
    )
    )
               v.    )
    )    **Case No.  07-CV-11054 (MGC)**
MERRILL LYNCH & CO., INC., E.    )
STANLEY O'NEAL, CAROL T. CHRIST,    )
ARMANDO M. CODINA, VIRGIS W.    )
COLBERT, JILL K. CONWAY, ALBERTO    )
CRIBIORE, JOHN D. FINNEGAN, JUDITH    )
MAYHEW JONAS, DAVID K.    )
NEWBIGGING, AULANA L. PETERS,    )
JOSEPH W. PRUEHER, ANN N. REESE,    )
CHARLES O. ROSSOTTI, LOUIS DIMARIA,    )
PETER STINGI and JOHN AND JANE DOES    )
1-20,    )
                    Defendants.    )

325764.1 1

1.      I am an attorney with the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C.

2.      I submit this Declaration in support of the motion of Lynda J. Grant for my admission to practice *pro hac vice* in the above captioned matter.

3.      As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia, admitted June 6, 1997, Bar No. 455187.

4.      There are no pending disciplinary proceedings against me in any State or Federal Court.

5.      Wherefore, your declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the above captioned cases.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated January ___4___ , 2008

Bruce F. Rinaldi
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., NW, Suite 500 West
Washington, DC  20005
Phone: (202) 408-4600
Fax:    (202) 408-4699

# EXHIBIT 1



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

BRUCE F. RINALDI

---

was on the    6TH    day of    JUNE, 1997

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.


In Testimony Whereof, I have
hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on January
4, 2008.


GARLAND PINKSTON, JR., CLERK

By: _____
            Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH ESTEY, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20, <br><br> Defendants. | Case No.  07-CV-10268 (LBS) <br><br> **[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

MARY GIDARO, individually and on behalf of
all others similarly situated,  )

           Plaintiffs,  )

           v.  )

MERRILL LYNCH & CO., INC., E.
STANLEY O'NEAL, CAROL T. CHRIST,
ARMANDO M. CODINA, VIRGIS W.
COLBERT, JILL K. CONWAY, ALBERTO
CRIBIORE, JOHN D. FINNEGAN, JUDITH
MAYHEW JONAS, DAVID K.
NEWBIGGING, AULANA L. PETERS,
JOSEPH W. PRUEHER, ANN N. REESE,
CHARLES O. ROSSOTTI, LOUIS DIMARIA,
PETER STINGI and JOHN AND JANE DOES
1-20,  )

           Defendants.  )

**Case No.  07-CV-10273 (LBS)**

TARA MOORE, individually and on behalf of
all others similarly situated,  )

           Plaintiffs,  )

           v.  )

MERRILL LYNCH & CO., INC., E.
STANLEY O'NEAL, CAROL T. CHRIST,
ARMANDO M. CODINA, VIRGIS W.
COLBERT, JILL K. CONWAY, ALBERTO
CRIBIORE, JOHN D. FINNEGAN, JUDITH
MAYHEW JONAS, DAVID K.
NEWBIGGING, AULANA L. PETERS,
JOSEPH W. PRUEHER, ANN N. REESE,
CHARLES O. ROSSOTTI, LOUIS DIMARIA,
PETER STINGI and JOHN AND JANE DOES
1-20,  )

           Defendants.  )

**Case No.  07-CV-10398 (DC)**

GREGORY YASHGUR, individually and on
behalf of all others similarly situated,

           Plaintiffs,

        v.

MERRILL LYNCH & CO., INC., E.
STANLEY O'NEAL, CAROL T. CHRIST,
ARMANDO M. CODINA, VIRGIS W.
COLBERT, JILL K. CONWAY, ALBERTO
CRIBIORE, JOHN D. FINNEGAN, JUDITH
MAYHEW JONAS, DAVID K.
NEWBIGGING, AULANA L. PETERS,
JOSEPH W. PRUEHER, ANN N. REESE,
CHARLES O. ROSSOTTI, LOUIS DIMARIA,
PETER STINGI and JOHN AND JANE DOES
1-20,

           Defendants.

**Case No.  07-CV-10569 (JSR)**

---

CHRISTINE DONLON, individually and on
behalf of all others similarly situated,

           Plaintiffs,

        v.

MERRILL LYNCH & CO., INC., E.
STANLEY O'NEAL, CAROL T. CHRIST,
ARMANDO M. CODINA, VIRGIS W.
COLBERT, JILL K. CONWAY, ALBERTO
CRIBIORE, JOHN D. FINNEGAN, JUDITH
MAYHEW JONAS, DAVID K.
NEWBIGGING, AULANA L. PETERS,
JOSEPH W. PRUEHER, ANN N. REESE,
CHARLES O. ROSSOTTI, LOUIS DIMARIA,
PETER STINGI and JOHN AND JANE DOES
1-20,

           Defendants.

**Case No.  07-CV-10661 (CM)**

CARL ESPOSITO, individually and on behalf
of all others similarly situated,                    )
                                                      )
                                                      )
                       Plaintiffs,                    )
                                                      )
                                                      )
              v.                                      )
                                                      )
                                                      )
MERRILL LYNCH & CO., INC., E.                         )     Case No.  07-CV-10687 (JGK)
STANLEY O'NEAL, CAROL T. CHRIST,                      )
ARMANDO M. CODINA, VIRGIS W.                          )
COLBERT, JILL K. CONWAY, ALBERTO                      )
CRIBIORE, JOHN D. FINNEGAN, JUDITH                    )
MAYHEW JONAS, DAVID K.                                )
NEWBIGGING, AULANA L. PETERS,                         )
JOSEPH W. PRUEHER, ANN N. REESE,                      )
CHARLES O. ROSSOTTI, LOUIS DIMARIA,                   )
PETER STINGI and JOHN AND JANE DOES                   )
1-20,                                                 )
                       Defendants.                    )
                                                      )
                                                      )

SEAN SHAUGHNESSEY, individually and on               )
behalf of all others similarly situated,             )
                                                      )
                                                      )
                       Plaintiffs,                    )
                                                      )
                                                      )
              v.                                      )
                                                      )
                                                      )
MERRILL LYNCH & CO., INC., E.                         )     Case No.  07-CV-10710 (GEL)
STANLEY O'NEAL, CAROL T. CHRIST,                      )
ARMANDO M. CODINA, VIRGIS W.                          )
COLBERT, JILL K. CONWAY, ALBERTO                      )
CRIBIORE, JOHN D. FINNEGAN, JUDITH                    )
MAYHEW JONAS, DAVID K.                                )
NEWBIGGING, AULANA L. PETERS,                         )
JOSEPH W. PRUEHER, ANN N. REESE,                      )
CHARLES O. ROSSOTTI, LOUIS DIMARIA,                   )
PETER STINGI and JOHN AND JANE DOES                   )
1-20,                                                 )
                       Defendants.                    )
                                                      )

BARBARA BOLAND and ANNA MOLIN,  )
individually and on behalf of all others  )
similarly situated,  )
                  Plaintiffs,  )
                    )
            v.  )
                    )
MERRILL LYNCH & CO., INC., E.  )
STANLEY O'NEAL, CAROL T. CHRIST,  )
ARMANDO M. CODINA, VIRGIS W.  )
COLBERT, JILL K. CONWAY, ALBERTO  )
CRIBIORE, JOHN D. FINNEGAN, JUDITH  )
MAYHEW JONAS, DAVID K.  )
NEWBIGGING, AULANA L. PETERS,  )
JOSEPH W. PRUEHER, ANN N. REESE,  )
CHARLES O. ROSSOTTI, LOUIS DIMARIA,  )
PETER STINGI and JOHN AND JANE DOES  )
1-20,  )
                Defendants.  )
                    )

Case No.  07-CV-11054 (MGC)

Upon the motion of Lynda J. Grant, Cohen, Milstein, Hausfeld & Toll, P.L.L.C., attorney

for Carl Esposito, Barbara Boland and Anna Molin, and the Declaration of Lynda J. Grant, and

accompanying exhibits;

IT IS HEREBY ORDERED that

BRUCE F. RINALDI
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., NW, Suite 500 West
Washington, DC  20005
Phone: (202) 408-4600
Fax:    (202) 408-4699

is admitted to practice *pro hac vice* as counsel for Carl Esposito, Barbara Boland and Anna

Molin in the above captioned case in the United States District Court for the Southern District of

New York.  All attorneys appearing before this Court are subject to the Local Rules of this

Court, including the Rules governing discipline of attorneys.  If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.


Dated: January _____, 2008
      New York, New York  10022


_____
United States District/Magistrate Judge

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ELIZABETH ESTEY, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | **Case No. 07-CV-10268 (LBS)** |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **CERTIFICATE OF SERVICE** |
| Defendants. | ) ) | |

MARY GIDARO, individually and on behalf of all others similarly situated,

     Plaintiffs,

    v.

MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,

     Defendants.

Case No.  07-CV-10273 (LBS)

TARA MOORE, individually and on behalf of all others similarly situated,

     Plaintiffs,

    v.

MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,

     Defendants.

Case No.  07-CV-10398 (DC)

GREGORY YASHGUR, individually and on
behalf of all others similarly situated,

                Plaintiffs,

        v.

MERRILL LYNCH & CO., INC., E.
STANLEY O'NEAL, CAROL T. CHRIST,
ARMANDO M. CODINA, VIRGIS W.
COLBERT, JILL K. CONWAY, ALBERTO
CRIBIORE, JOHN D. FINNEGAN, JUDITH
MAYHEW JONAS, DAVID K.
NEWBIGGING, AULANA L. PETERS,
JOSEPH W. PRUEHER, ANN N. REESE,
CHARLES O. ROSSOTTI, LOUIS DIMARIA,
PETER STINGI and JOHN AND JANE DOES
1-20,

                Defendants.

Case No.  07-CV-10569 (JSR)

---

CHRISTINE DONLON, individually and on
behalf of all others similarly situated,

                Plaintiffs,

        v.

MERRILL LYNCH & CO., INC., E.
STANLEY O'NEAL, CAROL T. CHRIST,
ARMANDO M. CODINA, VIRGIS W.
COLBERT, JILL K. CONWAY, ALBERTO
CRIBIORE, JOHN D. FINNEGAN, JUDITH
MAYHEW JONAS, DAVID K.
NEWBIGGING, AULANA L. PETERS,
JOSEPH W. PRUEHER, ANN N. REESE,
CHARLES O. ROSSOTTI, LOUIS DIMARIA,
PETER STINGI and JOHN AND JANE DOES
1-20,

                Defendants.

Case No.  07-CV-10661 (CM)

CARL ESPOSITO, individually and on behalf )
of all others similarly situated, )
                                )
                Plaintiffs, )
                                )
           v. )
                                )
MERRILL LYNCH & CO., INC., E. )    **Case No. 07-CV-10687 (JGK)**
STANLEY O'NEAL, CAROL T. CHRIST, )
ARMANDO M. CODINA, VIRGIS W. )
COLBERT, JILL K. CONWAY, ALBERTO )
CRIBIORE, JOHN D. FINNEGAN, JUDITH )
MAYHEW JONAS, DAVID K. )
NEWBIGGING, AULANA L. PETERS, )
JOSEPH W. PRUEHER, ANN N. REESE, )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20, )
               Defendants. )
                                )

SEAN SHAUGHNESSEY, individually and on )
behalf of all others similarly situated, )
                                )
                Plaintiffs, )
                                )
           v. )
                                )
MERRILL LYNCH & CO., INC., E. )    **Case No. 07-CV-10710 (GEL)**
STANLEY O'NEAL, CAROL T. CHRIST, )
ARMANDO M. CODINA, VIRGIS W. )
COLBERT, JILL K. CONWAY, ALBERTO )
CRIBIORE, JOHN D. FINNEGAN, JUDITH )
MAYHEW JONAS, DAVID K. )
NEWBIGGING, AULANA L. PETERS, )
JOSEPH W. PRUEHER, ANN N. REESE, )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20, )
               Defendants. )
                                )

BARBARA BOLAND and ANNA MOLIN,  )
individually and on behalf of all others  )
similarly situated,  )
  )
                     Plaintiffs,  )
  )
  )
                 v.  )          **Case No.  07-CV-11054 (MGC)**
  )
MERRILL LYNCH & CO., INC., E.  )
STANLEY O'NEAL, CAROL T. CHRIST,  )
ARMANDO M. CODINA, VIRGIS W.  )
COLBERT, JILL K. CONWAY, ALBERTO  )
CRIBIORE, JOHN D. FINNEGAN, JUDITH  )
MAYHEW JONAS, DAVID K.  )
NEWBIGGING, AULANA L. PETERS,  )
JOSEPH W. PRUEHER, ANN N. REESE,  )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20,  )
               Defendants.  )

## CERTIFICATE OF SERVICE

I, Theresa Graham, hereby certify that I am over the age of 18, and am employed by the Law Firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. On this 7th day of January, 2008, I caused true and accurante copies of the foregoing Motion to Admit Counsel *Pro Hac Vice*, Declaration of Lynda J. Grant in Support of Motions to Admit Counsel *Pro Hac Vice*, Declaration of Bruce F. Rinaldi in Support of Motion to Admit Counsel *Pro Hac Vice* and the Certificate of Good Standing attached thereto, and Proposed Order for Admission *Pro Hac Vice* on Written Motion, via First-Class mail, upon the following counsel of record:

| | |
|---|---|
| Paul Blakenstein, Esq.<br>Gibson, Dunn & Crutcher, LLP<br>1050 Connecticut Aenue, N.W.<br>Washington, DC  20036-5306<br><br>***Representing Defendants E. Stanley O'Neal,***<br>***Carol T. Christ, Armando M. Codina, Virgis***<br>***W. Colbert, Jill K. Conway, Alberto Cribiore,***<br>***John D. Finnegan, Judith Mayhew Jonas,***<br>***David K. Newbigging, Aulana L. Peters,***<br>***Joseph W. Prueher, Ann N. Reese, Charles O.***<br>***Rossotti, Louis Dimaria, and Peter Stingi*** | William Edward Bernarduci, Esq.<br>Robert A. Izard, Esq.<br>Schatz Nobel Izard P.C.<br>20 Church Street, Suite 1700<br>Hartford, CT  06103<br><br>***Representing Sean Shaugnessey*** |
| Robert I. Harwood, Esq.<br>Samuel Kenneth Rosen, Esq.<br>Harwood Feffer LLP<br>488 Madison Avenue, 8th Floor<br>New York, NY  10022<br><br>***Representing Christine Donlon*** | Katherine B. Bornstein, Esq.<br>Edward W. Ciolko, Esq.<br>Joseph H. Meltzer, Esq.<br>Joseph A. Weeden, Esq.<br>Schiffrin, Barroway, Topaz & Kessler, LLP<br>280 King of Prussia Road<br>Radnor, PA  19087<br><br>***Representing Elizabeth Estey and Tara***<br>***Moore*** |

| | |
|---|---|
| Ralph M. Stone, Esq.<br>Thomas G. Ciarlone, Jr., Esq.<br>Amanda C. Scuder, Esq.<br>Shalov Stone Bonner & Rocco, LLP<br>485 Seventh Avenue, Suite 1000<br>New York, NY 10018<br><br>***Representing Mary Gidaro*** | Jay B. Kasner, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br><br>***Representing Merrill Lynch & Co.*** |
| Edwin J. Mills, Esq.<br>Stull Stull & Brody<br>6 East 4th Street, 5th Floor<br>New York, NY 10017<br><br><br>***Representing Gregory Yashgur*** | Curtis V. Trinko, Esq.<br>Wai Kin Chan, Esq.<br>Law Office of Curtis V. Trinko, LLP<br>16 West 46th Street, 7th Floor<br>New York, NY 10036<br><br>***Representing Elizabeth Estey and Tara Moore*** |

Theresa Graham

2