UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH ESTEY, individually and on
behalf of all others similarly situated,

               Plaintiffs,

        v.

MERRILL LYNCH & CO., INC., E.
STANLEY O'NEAL, CAROL T. CHRIST,
ARMANDO M. CODINA, VIRGIS W.
COLBERT, JILL K. CONWAY, ALBERTO
CRIBIORE, JOHN D. FINNEGAN, JUDITH
MAYHEW JONAS, DAVID K.
NEWBIGGING, AULANA L. PETERS,
JOSEPH W. PRUEHER, ANN N. REESE,
CHARLES O. ROSSOTTI, LOUIS DIMARIA,
PETER STINGI and JOHN AND JANE DOES
1-20,

               Defendants.

Case No.  07-CV-10268 (LBS)

(*Additional captions on the next page*]

**NOTICE OF MOTION
TO ADMIT MARC I. MACHIZ
*PRO HAC VICE***

MARY GIDARO, individually and on behalf of all others similarly situated, )
)
)
Plaintiffs, )
)
)
v. )
)
)
MERRILL LYNCH & CO., INC., E. )  **Case No.  07-CV-10273 (LBS)**
STANLEY O'NEAL, CAROL T. CHRIST, )
ARMANDO M. CODINA, VIRGIS W. )
COLBERT, JILL K. CONWAY, ALBERTO )
CRIBIORE, JOHN D. FINNEGAN, JUDITH )
MAYHEW JONAS, DAVID K. )
NEWBIGGING, AULANA L. PETERS, )
JOSEPH W. PRUEHER, ANN N. REESE, )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20, )
Defendants. )
)

TARA MOORE, individually and on behalf of all others similarly situated, )
)
)
Plaintiffs, )
)
)
v. )
)
)
MERRILL LYNCH & CO., INC., E. )  **Case No.  07-CV-10398 (DC)**
STANLEY O'NEAL, CAROL T. CHRIST, )
ARMANDO M. CODINA, VIRGIS W. )
COLBERT, JILL K. CONWAY, ALBERTO )
CRIBIORE, JOHN D. FINNEGAN, JUDITH )
MAYHEW JONAS, DAVID K. )
NEWBIGGING, AULANA L. PETERS, )
JOSEPH W. PRUEHER, ANN N. REESE, )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20, )
Defendants. )
)

| | |
|---|---|
| GREGORY YASHGUR, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>           v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br>                Defendants. | **Case No.  07-CV-10569 (JSR)** |
| CHRISTINE DONLON, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>           v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br>                Defendants. | **Case No.  07-CV-10661 (CM)** |

CARL ESPOSITO, individually and on behalf                )
of all others similarly situated,                                      )
                                                                                 )
                              Plaintiffs,                                       )
                                                                                 )
                   v.                                                           )
                                                                                 )
MERRILL LYNCH & CO., INC., E.                            )          **Case No.  07-CV-10687 (JGK)**
STANLEY O'NEAL, CAROL T. CHRIST,                   )
ARMANDO M. CODINA, VIRGIS W.                        )
COLBERT, JILL K. CONWAY, ALBERTO             )
CRIBIORE, JOHN D. FINNEGAN, JUDITH           )
MAYHEW JONAS, DAVID K.                                )
NEWBIGGING, AULANA L. PETERS,                     )
JOSEPH W. PRUEHER, ANN N. REESE,                 )
CHARLES O. ROSSOTTI, LOUIS DIMARIA,       )
PETER STINGI and JOHN AND JANE DOES        )
1-20,                                                                        )
                              Defendants.                                   )
                                                                                 )
                                                                                 )

SEAN SHAUGHNESSEY, individually and on      )
behalf of all others similarly situated,                      )
                                                                                 )
                              Plaintiffs,                                       )
                                                                                 )
                   v.                                                           )
                                                                                 )
MERRILL LYNCH & CO., INC., E.                            )          **Case No.  07-CV-10710 (GEL)**
STANLEY O'NEAL, CAROL T. CHRIST,                   )
ARMANDO M. CODINA, VIRGIS W.                        )
COLBERT, JILL K. CONWAY, ALBERTO             )
CRIBIORE, JOHN D. FINNEGAN, JUDITH           )
MAYHEW JONAS, DAVID K.                                )
NEWBIGGING, AULANA L. PETERS,                     )
JOSEPH W. PRUEHER, ANN N. REESE,                 )
CHARLES O. ROSSOTTI, LOUIS DIMARIA,       )
PETER STINGI and JOHN AND JANE DOES        )
1-20,                                                                        )
                              Defendants.                                   )
                                                                                 )

BARBARA BOLAND and ANNA MOLIN,                )
individually and on behalf of all others       )
similarly situated,                            )
                                               )
                              Plaintiffs,       )
                                               )
                v.                             )
                                               )        Case No.  07-CV-11054 (MGC)
MERRILL LYNCH & CO., INC., E.                  )
STANLEY O'NEAL, CAROL T. CHRIST,               )
ARMANDO M. CODINA, VIRGIS W.                   )
COLBERT, JILL K. CONWAY, ALBERTO               )
CRIBIORE, JOHN D. FINNEGAN, JUDITH             )
MAYHEW JONAS, DAVID K.                         )
NEWBIGGING, AULANA L. PETERS,                  )
JOSEPH W. PRUEHER, ANN N. REESE,               )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20,                                          )
                              Defendants.       )

     **PLEASE TAKE NOTICE** that upon the annexed Declaration of Lynda J. Grant, the

Affidavit of Marc I. Machiz and the Certificate of Good Standing annexed thereto, the

undersigned will move this Court, before the Honorable Leonard B. Sand on a date to be

determined by the Court, in the United States Courthouse, 500 Pearl Street, Courtroom 15A,

New York, New York  10007, for an Order (attached hereto), pursuant to Rule 1.3(c) of the

Local Rules of the United States District Courts for the Southern District and Eastern Districts of

New York, admitting Marc I. Machiz *pro hac vice*.

Dated: January 28, 2008

> Respectfully submitted,
>
> Lynda J. Grant (LG-4784)
> **COHEN, MILSTEIN HAUSFELD
> & TOLL, P.L.L.C.**
> 150 East 52nd Street, 30th Floor
> New York, New York  10022
> (212) 838-7797

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH ESTEY, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20, <br><br> Defendants. | Case No.  07-CV-10268 (LBS) |

(*Additional captions on the next page*]

## DECLARATION OF LYNDA J. GANT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

MARY GIDARO, individually and on behalf of
all others similarly situated,

                Plaintiffs,

                v.

MERRILL LYNCH & CO., INC., E.
STANLEY O'NEAL, CAROL T. CHRIST,
ARMANDO M. CODINA, VIRGIS W.
COLBERT, JILL K. CONWAY, ALBERTO
CRIBIORE, JOHN D. FINNEGAN, JUDITH
MAYHEW JONAS, DAVID K.
NEWBIGGING, AULANA L. PETERS,
JOSEPH W. PRUEHER, ANN N. REESE,
CHARLES O. ROSSOTTI, LOUIS DIMARIA,
PETER STINGI and JOHN AND JANE DOES
1-20,

                Defendants.

**Case No.  07-CV-10273 (LBS)**

TARA MOORE, individually and on behalf of
all others similarly situated,

                Plaintiffs,

                v.

MERRILL LYNCH & CO., INC., E.
STANLEY O'NEAL, CAROL T. CHRIST,
ARMANDO M. CODINA, VIRGIS W.
COLBERT, JILL K. CONWAY, ALBERTO
CRIBIORE, JOHN D. FINNEGAN, JUDITH
MAYHEW JONAS, DAVID K.
NEWBIGGING, AULANA L. PETERS,
JOSEPH W. PRUEHER, ANN N. REESE,
CHARLES O. ROSSOTTI, LOUIS DIMARIA,
PETER STINGI and JOHN AND JANE DOES
1-20,

                Defendants.

**Case No.  07-CV-10398 (DC)**

GREGORY YASHGUR, individually and on behalf of all others similarly situated, )
)
)
Plaintiffs, )
)
v. )
)
MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20, )
)
)
)
)
)
)
)
)
)
)
)
Defendants. )
)

**Case No. 07-CV-10569 (JSR)**

CHRISTINE DONLON, individually and on behalf of all others similarly situated, )
)
)
Plaintiffs, )
)
v. )
)
MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20, )
)
)
)
)
)
)
)
)
)
)
)
Defendants. )
)

**Case No. 07-CV-10661 (CM)**

CARL ESPOSITO, individually and on behalf )
of all others similarly situated, )
 )
                     Plaintiffs, )
 )
            v. )
 )
MERRILL LYNCH & CO., INC., E. )     **Case No.  07-CV-10687 (JGK)**
STANLEY O'NEAL, CAROL T. CHRIST, )
ARMANDO M. CODINA, VIRGIS W. )
COLBERT, JILL K. CONWAY, ALBERTO )
CRIBIORE, JOHN D. FINNEGAN, JUDITH )
MAYHEW JONAS, DAVID K. )
NEWBIGGING, AULANA L. PETERS, )
JOSEPH W. PRUEHER, ANN N. REESE, )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20, )
                 Defendants. )
 )

SEAN SHAUGHNESSEY, individually and on )
behalf of all others similarly situated, )
 )
                     Plaintiffs, )
 )
            v. )
 )
MERRILL LYNCH & CO., INC., E. )     **Case No.  07-CV-10710 (GEL)**
STANLEY O'NEAL, CAROL T. CHRIST, )
ARMANDO M. CODINA, VIRGIS W. )
COLBERT, JILL K. CONWAY, ALBERTO )
CRIBIORE, JOHN D. FINNEGAN, JUDITH )
MAYHEW JONAS, DAVID K. )
NEWBIGGING, AULANA L. PETERS, )
JOSEPH W. PRUEHER, ANN N. REESE, )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20, )
                 Defendants. )
 )

BARBARA BOLAND and ANNA MOLIN,  )
individually and on behalf of all others  )
similarly situated,  )
  )
                   Plaintiffs,  )
  )
  )
            v.  )
  )     **Case No.  07-CV-11054 (MGC)**
MERRILL LYNCH & CO., INC., E.  )
STANLEY O'NEAL, CAROL T. CHRIST,  )
ARMANDO M. CODINA, VIRGIS W.  )
COLBERT, JILL K. CONWAY, ALBERTO  )
CRIBIORE, JOHN D. FINNEGAN, JUDITH  )
MAYHEW JONAS, DAVID K.  )
NEWBIGGING, AULANA L. PETERS,  )
JOSEPH W. PRUEHER, ANN N. REESE,  )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20,  )
             Defendants.  )
  )

I, Lynda J. Grant, hereby declare as follows:

1.     I am an attorney admitted to practice in the State of New York, and in the Southern and Eastern Districts of New York.  I submit this Declaration in support of the motion to admit Marc I. Machiz to the United States District Court for the Southern District of New York *pro hac vice* for purposes of this action.

2.     I agree to act as local counsel for Marc I. Machiz and to observe the Rules of this Court governing the conduct of attorneys.

3.     Marc I. Machiz is a member in good standing of the Bar for the District of Columbia and Supreme Court of Pennsylvannia

1

For the foregoing reasons, it is respectfully requested that Marc I. Machiz be admitted *pro hac vice* to the United States District Court for the Southern District of New York for purposes of this action.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 28, 2008

Respectfully submitted,

COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.

Lynda J. Grant (LG-4784)
150 East 52nd Street, 30th Floor
New York, New York  10022
(212) 838-7797
(212) 838-7745 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH ESTEY, individually and on
behalf of all others similarly situated,

                Plaintiffs,

        v.

Merrill Lynch & Co., Inc., E. Stanley O'Neal,
Carol T. Christ, Armando M. Codina, Virgis
W. Colbert, Jill K. Conway, Alberto Cribiore,
John D. Finnegan, Judith Mayhew Jonas, David
K. Newbigging, Aulana L. Peters, Joseph W.
Prueher, Ann N. Reese, Charles O. Rossotti,
Louis DiMaria, Peter Stingi and John and Jane
Does 1-20,

                Defendants.

Case No.  07-CV-10268 (LBS)

**DECLARATION OF MARC I.
MACHIZ IN SUPPORT OF
MOTION TO ADMIT COUNSEL
*PRO HAC VICE***

MARY GIDARO, individually and on behalf of
all others similarly situated,

                Plaintiffs,

        v.

Merrill Lynch & Co., Inc., E. Stanley O'Neal,
Carol T. Christ, Armando M. Codina, Virgis
W. Colbert, Jill K. Conway, Alberto Cribiore,
John D. Finnegan, Judith Mayhew Jonas, David
K. Newbigging, Aulana L. Peters, Joseph W.
Prueher, Ann N. Reese, Charles O. Rossotti,
Louis DiMaria, Peter Stingi and John and Jane
Does 1-20,

                Defendants.

**Case No. 07-CV-10273 (LBS)**

TARA MOORE, individually and on behalf of
all others similarly situated,

                Plaintiffs,

        v.

Merrill Lynch & Co., Inc., E. Stanley O'Neal,
Carol T. Christ, Armando M. Codina, Virgis
W. Colbert, Jill K. Conway, Alberto Cribiore,
John D. Finnegan, Judith Mayhew Jonas, David
K. Newbigging, Aulana L. Peters, Joseph W.
Prueher, Ann N. Reese, Charles O. Rossotti,
Louis DiMaria, Peter Stingi and John and Jane
Does 1-20,

                Defendants.

**Case No. 07-CV-10398 (DC)**

GREGORY YASHGUR, individually and on )
behalf of all others similarly situated, )
                        )
             Plaintiffs, )
                        )
        v. )
                        )
Merrill Lynch & Co., Inc., E. Stanley O'Neal, )    **Case No.  07-CV-10569 (JSR)**
Carol T. Christ, Armando M. Codina, Virgis )
W. Colbert, Jill K. Conway, Alberto Cribiore, )
John D. Finnegan, Judith Mayhew Jonas, David )
K. Newbigging, Aulana L. Peters, Joseph W. )
Prueher, Ann N. Reese, Charles O. Rossotti, )
Louis DiMaria, Peter Stingi and John and Jane )
Does 1-20, )
                Defendants. )
                        )
                        )
                        )

CHRISTINE DONLON, individually and on )
behalf of all others similarly situated, )
                        )
             Plaintiffs, )
                        )
        v. )
                        )
Merrill Lynch & Co., Inc., E. Stanley O'Neal, )    **Case No.  07-CV-10661 (CM)**
Carol T. Christ, Armando M. Codina, Virgis )
W. Colbert, Jill K. Conway, Alberto Cribiore, )
John D. Finnegan, Judith Mayhew Jonas, David )
K. Newbigging, Aulana L. Peters, Joseph W. )
Prueher, Ann N. Reese, Charles O. Rossotti, )
Louis DiMaria, Peter Stingi and John and Jane )
Does 1-20, )
                Defendants. )
                        )
                        )
                        )

CARL ESPOSITO, individually and on behalf
of all others similarly situated,

                Plaintiffs,

            v.

Merrill Lynch & Co., Inc., E. Stanley O'Neal,
Carol T. Christ, Armando M. Codina, Virgis
W. Colbert, Jill K. Conway, Alberto Cribiore,
John D. Finnegan, Judith Mayhew Jonas, David
K. Newbigging, Aulana L. Peters, Joseph W.
Prueher, Ann N. Reese, Charles O. Rossotti,
Louis DiMaria, Peter Stingi and John and Jane
Does 1-20,

                Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No.  07-CV-10687 (JGK)**

sean shaughnessey, individually and on behalf
of all others similarly situated,

                Plaintiffs,

            v.

Merrill Lynch & Co., Inc., E. Stanley O'Neal,
Carol T. Christ, Armando M. Codina, Virgis
W. Colbert, Jill K. Conway, Alberto Cribiore,
John D. Finnegan, Judith Mayhew Jonas, David
K. Newbigging, Aulana L. Peters, Joseph W.
Prueher, Ann N. Reese, Charles O. Rossotti,
Louis DiMaria, Peter Stingi and John and Jane
Does 1-20,

                Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No.  07-CV-10710 (GEL)**

BARBARA BOLAND, individually and on
behalf of all others similarly situated,

                   Plaintiffs,

        v.

Merrill Lynch & Co., Inc., E. Stanley O'Neal,
Carol T. Christ, Armando M. Codina, Virgis
W. Colbert, Jill K. Conway, Alberto Cribiore,
John D. Finnegan, Judith Mayhew Jonas, David
K. Newbigging, Aulana L. Peters, Joseph W.
Prueher, Ann N. Reese, Charles O. Rossotti,
Louis DiMaria, Peter Stingi and John and Jane
Does 1-20,

                   Defendants.

**Case No.  07-CV-11054 (MGC)**

325764.1 1

1.      I am an attorney with the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C.

2.      I submit this Declaration in support of the motion of Lynda J. Grant for my admission to practice *pro hac vice* in the above captioned matter.

3.      As shown in the Certificate of Good Standing annexed hereto as Exhibit 1, I am a member in good standing of the Bar of the State of Pennsylvania, admitted June 11, 2004, Bar No. 92570.

4.      There are no pending disciplinary proceedings against me in any State or Federal Court.

5.      Wherefore, your declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the above captioned cases.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated January 25, 2008

Marc I. Machiz
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
One South Broad Street, Suite 1850
Philadelphia, PA 19107
Phone: (215) 825-4016
Fax:    (215) 825-4001

1

325764.1 1

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

---

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States

District Court for the District of Columbia, do hereby certify that:

### MARC  I.  MACHIZ

was, on the  1<u>st</u>  day of  <u>April</u> A.D.  <u>1985</u>  admitted to practice as an  Attorney

at  Law at the Bar of this Court, and is, according to the records of  this Court, a

member of said  Bar in good standing.

In Testimony  Whereof, I hereunto subscribe my name and affix the seal of said Court

in  the City of  Washington this  <u>10th</u>  day of  <u>January</u>  A.D. 2008.

**NANCY M. MAYER-WHITTINGTON,** CLERK



By: _____

**Deputy Clerk**



Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Marc I. Machiz, Esq.*

**DATE OF ADMISSION**

*June 11, 2004*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  January 10, 2008**

Patricia A. Johnson
Chief Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH ESTEY, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>       v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br><br>               Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )      **Case No.  07-CV-10268 (LBS)** |

(*Additional captions on the next page*]

**[PROPOSED] ORDER GRANTING APPLICATION OF
MARC I. MACHIZ FOR ADMISSION *PRO HAC VICE***

MARY GIDARO, individually and on behalf of  )
all others similarly situated,                          )
                                                                        )
                                  Plaintiffs,           )
                                                                        )
                          v.                                          )
                                                                        )
MERRILL LYNCH & CO., INC., E.               )    **Case No.  07-CV-10273 (LBS)**
STANLEY O'NEAL, CAROL T. CHRIST,      )
ARMANDO M. CODINA, VIRGIS W.           )
COLBERT, JILL K. CONWAY, ALBERTO      )
CRIBIORE, JOHN D. FINNEGAN, JUDITH   )
MAYHEW JONAS, DAVID K.                       )
NEWBIGGING, AULANA L. PETERS,          )
JOSEPH W. PRUEHER, ANN N. REESE,      )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20,                                                              )
                                  Defendants.          )
                                                                        )

TARA MOORE, individually and on behalf of  )
all others similarly situated,                          )
                                                                        )
                                  Plaintiffs,           )
                                                                        )
                          v.                                          )
                                                                        )
MERRILL LYNCH & CO., INC., E.               )    **Case No.  07-CV-10398 (DC)**
STANLEY O'NEAL, CAROL T. CHRIST,      )
ARMANDO M. CODINA, VIRGIS W.           )
COLBERT, JILL K. CONWAY, ALBERTO      )
CRIBIORE, JOHN D. FINNEGAN, JUDITH   )
MAYHEW JONAS, DAVID K.                       )
NEWBIGGING, AULANA L. PETERS,          )
JOSEPH W. PRUEHER, ANN N. REESE,      )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20,                                                              )
                                  Defendants.          )
                                                                        )

GREGORY YASHGUR, individually and on
behalf of all others similarly situated,                )
                                                        )
                                                        )
                           Plaintiffs,                  )
                                                        )
                                                        )
              v.                                        )
                                                        )
                                                        )
MERRILL LYNCH & CO., INC., E.                           )     Case No.  07-CV-10569 (JSR)
STANLEY O'NEAL, CAROL T. CHRIST,                        )
ARMANDO M. CODINA, VIRGIS W.                            )
COLBERT, JILL K. CONWAY, ALBERTO                        )
CRIBIORE, JOHN D. FINNEGAN, JUDITH                      )
MAYHEW JONAS, DAVID K.                                  )
NEWBIGGING, AULANA L. PETERS,                           )
JOSEPH W. PRUEHER, ANN N. REESE,                        )
CHARLES O. ROSSOTTI, LOUIS DIMARIA,                     )
PETER STINGI and JOHN AND JANE DOES                     )
1-20,                                                   )
                           Defendants.                  )
                                                        )

CHRISTINE DONLON, individually and on                   )
behalf of all others similarly situated,                )
                                                        )
                                                        )
                           Plaintiffs,                  )
                                                        )
                                                        )
              v.                                        )
                                                        )
                                                        )
MERRILL LYNCH & CO., INC., E.                           )     Case No.  07-CV-10661 (CM)
STANLEY O'NEAL, CAROL T. CHRIST,                        )
ARMANDO M. CODINA, VIRGIS W.                            )
COLBERT, JILL K. CONWAY, ALBERTO                        )
CRIBIORE, JOHN D. FINNEGAN, JUDITH                      )
MAYHEW JONAS, DAVID K.                                  )
NEWBIGGING, AULANA L. PETERS,                           )
JOSEPH W. PRUEHER, ANN N. REESE,                        )
CHARLES O. ROSSOTTI, LOUIS DIMARIA,                     )
PETER STINGI and JOHN AND JANE DOES                     )
1-20,                                                   )
                           Defendants.                  )
                                                        )

| | | |
|---|---|---|
| CARL ESPOSITO, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20, | ) ) ) ) ) ) ) ) ) ) ) ) | **Case No.  07-CV-10687 (JGK)** |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| SEAN SHAUGHNESSEY, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20, | ) ) ) ) ) ) ) ) ) ) ) ) | **Case No.  07-CV-10710 (GEL)** |
| Defendants. | ) ) | |

BARBARA BOLAND and ANNA MOLIN,   )
individually and on behalf of all others   )
similarly situated,   )
   )
                  Plaintiffs,   )
   )
   )
             v.   )
   )   **Case No.  07-CV-11054 (MGC)**
MERRILL LYNCH & CO., INC., E.   )
STANLEY O'NEAL, CAROL T. CHRIST,   )
ARMANDO M. CODINA, VIRGIS W.   )
COLBERT, JILL K. CONWAY, ALBERTO   )
CRIBIORE, JOHN D. FINNEGAN, JUDITH   )
MAYHEW JONAS, DAVID K.   )
NEWBIGGING, AULANA L. PETERS,   )
JOSEPH W. PRUEHER, ANN N. REESE,   )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20,   )
                Defendants.   )

This matter coming before the Court by Motion submitted by Lynda J. Grant, seeking the

admission of Marc I. Machiz to the United States District Court for the Southern District of New

York *pro hac vice* for purposes of this action, and the Court having considered the Declaration of

Marc I. Machiz submitted in support thereof, and for good cause shown,

        IT IS ON this _____day of _____, 2008,

        ORDERED that:

        1.     Marc I. Machiz is hereby granted admission *pro hac vice* to the United

States District Court for the Southern District of New York, for the purpose of appearing in this

action, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the

Southern District of New York;

2.      Marc I. Machiz is required to abide by and is subject to the Local Rules of the United States District Court for the Southern District of New York; and

3.      Marc I. Machiz is required to notify the Court immediately of any matter that affects his standing at the Bar of any court.


_____
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH ESTEY, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>          v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br><br>          Defendants. | Case No. 07-CV-10268 (LBS)<br><br>**CERTIFICATE OF SERVICE** |

MARY GIDARO, individually and on behalf of )
all others similarly situated,                                    )
                                                                              )
                            Plaintiffs,                                   )
                                                                              )
                    v.                                                      )
                                                                              )
MERRILL LYNCH & CO., INC., E.                        )        Case No.  07-CV-10273 (LBS)
STANLEY O'NEAL, CAROL T. CHRIST,              )
ARMANDO M. CODINA, VIRGIS W.                  )
COLBERT, JILL K. CONWAY, ALBERTO            )
CRIBIORE, JOHN D. FINNEGAN, JUDITH         )
MAYHEW JONAS, DAVID K.                              )
NEWBIGGING, AULANA L. PETERS,                 )
JOSEPH W. PRUEHER, ANN N. REESE,           )
CHARLES O. ROSSOTTI, LOUIS DIMARIA,    )
PETER STINGI and JOHN AND JANE DOES    )
1-20,                                                                      )
                            Defendants.                               )
                                                                              )

TARA MOORE, individually and on behalf of   )
all others similarly situated,                                    )
                                                                              )
                            Plaintiffs,                                   )
                                                                              )
                    v.                                                      )
                                                                              )
MERRILL LYNCH & CO., INC., E.                        )        Case No.  07-CV-10398 (DC)
STANLEY O'NEAL, CAROL T. CHRIST,              )
ARMANDO M. CODINA, VIRGIS W.                  )
COLBERT, JILL K. CONWAY, ALBERTO            )
CRIBIORE, JOHN D. FINNEGAN, JUDITH         )
MAYHEW JONAS, DAVID K.                              )
NEWBIGGING, AULANA L. PETERS,                 )
JOSEPH W. PRUEHER, ANN N. REESE,           )
CHARLES O. ROSSOTTI, LOUIS DIMARIA,    )
PETER STINGI and JOHN AND JANE DOES    )
1-20,                                                                      )
                            Defendants.                               )
                                                                              )

GREGORY YASHGUR, individually and on
behalf of all others similarly situated,

                  Plaintiffs,

                  v.

MERRILL LYNCH & CO., INC., E.
STANLEY O'NEAL, CAROL T. CHRIST,
ARMANDO M. CODINA, VIRGIS W.
COLBERT, JILL K. CONWAY, ALBERTO
CRIBIORE, JOHN D. FINNEGAN, JUDITH
MAYHEW JONAS, DAVID K.
NEWBIGGING, AULANA L. PETERS,
JOSEPH W. PRUEHER, ANN N. REESE,
CHARLES O. ROSSOTTI, LOUIS DIMARIA,
PETER STINGI and JOHN AND JANE DOES
1-20,

                  Defendants.

**Case No.  07-CV-10569 (JSR)**

---

CHRISTINE DONLON, individually and on
behalf of all others similarly situated,

                  Plaintiffs,

                  v.

MERRILL LYNCH & CO., INC., E.
STANLEY O'NEAL, CAROL T. CHRIST,
ARMANDO M. CODINA, VIRGIS W.
COLBERT, JILL K. CONWAY, ALBERTO
CRIBIORE, JOHN D. FINNEGAN, JUDITH
MAYHEW JONAS, DAVID K.
NEWBIGGING, AULANA L. PETERS,
JOSEPH W. PRUEHER, ANN N. REESE,
CHARLES O. ROSSOTTI, LOUIS DIMARIA,
PETER STINGI and JOHN AND JANE DOES
1-20,

                  Defendants.

**Case No.  07-CV-10661 (CM)**

CARL ESPOSITO, individually and on behalf )
of all others similarly situated,           )
                                             )
                  Plaintiffs,                )
                                             )
            v.                               )
                                             )
MERRILL LYNCH & CO., INC., E.                )      Case No.  07-CV-10687 (JGK)
STANLEY O'NEAL, CAROL T. CHRIST,             )
ARMANDO M. CODINA, VIRGIS W.                 )
COLBERT, JILL K. CONWAY, ALBERTO             )
CRIBIORE, JOHN D. FINNEGAN, JUDITH           )
MAYHEW JONAS, DAVID K.                       )
NEWBIGGING, AULANA L. PETERS,                )
JOSEPH W. PRUEHER, ANN N. REESE,             )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20,                                        )
                  Defendants.                )
                                             )

SEAN SHAUGHNESSEY, individually and on )
behalf of all others similarly situated,     )
                                             )
                  Plaintiffs,                )
                                             )
            v.                               )
                                             )
MERRILL LYNCH & CO., INC., E.                )      Case No.  07-CV-10710 (GEL)
STANLEY O'NEAL, CAROL T. CHRIST,             )
ARMANDO M. CODINA, VIRGIS W.                 )
COLBERT, JILL K. CONWAY, ALBERTO             )
CRIBIORE, JOHN D. FINNEGAN, JUDITH           )
MAYHEW JONAS, DAVID K.                       )
NEWBIGGING, AULANA L. PETERS,                )
JOSEPH W. PRUEHER, ANN N. REESE,             )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20,                                        )
                  Defendants.                )
                                             )

| | |
|---|---|
| BARBARA BOLAND and ANNA MOLIN, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>       v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No.  07-CV-11054 (MGC) |

## CERTIFICATE OF SERVICE

I, Theresa Graham, hereby certify that I am over the age of 18, and am employed by the Law Firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. On this 28th day of January, 2008, I caused true and accurate copies of the foregoing Notice of Motion to Admit Marc I. Machiz *Pro Hac Vice*, Declaration of Lynda J. Grant in Support of Motions to Admit Counsel *Pro Hac Vice*, Declaration of Marc I. Machiz in Support of Motion to Admit Counsel *Pro Hac Vice* and the Certificates of Good Standing attached thereto, and Proposed Order for Admission *Pro Hac Vice* on Written Motion, via First-Class mail, upon the following counsel of record:

| | |
|---|---|
| Paul Blakenstein, Esq.<br>Gibson, Dunn & Crutcher, LLP<br>1050 Connecticut Aenue, N.W.<br>Washington, DC 20036-5306<br><br>***Representing Defendants E. Stanley O'Neal, Carol T. Christ, Armando M. Codina, Virgis W. Colbert, Jill K. Conway, Alberto Cribiore, John D. Finnegan, Judith Mayhew Jonas, David K. Newbigging, Aulana L. Peters, Joseph W. Prueher, Ann N. Reese, Charles O. Rossotti, Louis Dimaria, and Peter Stingi*** | William Edward Bernarduci, Esq.<br>Robert A. Izard, Esq.<br>Schatz Nobel Izard P.C.<br>20 Church Street, Suite 1700<br>Hartford, CT 06103<br><br>***Representing Sean Shaugnessey*** |
| Robert I. Harwood, Esq.<br>Samuel Kenneth Rosen, Esq.<br>Harwood Feffer LLP<br>488 Madison Avenue, 8th Floor<br>New York, NY 10022<br><br>***Representing Christine Donlon*** | Katherine B. Bornstein, Esq.<br>Edward W. Ciolko, Esq.<br>Joseph H. Meltzer, Esq.<br>Joseph A. Weeden, Esq.<br>Schiffrin, Barroway, Topaz & Kessler, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br><br>***Representing Elizabeth Estey and Tara Moore*** |

1

| | |
|---|---|
| Ralph M. Stone, Esq.<br>Thomas G. Ciarlone, Jr., Esq.<br>Amanda C. Scuder, Esq.<br>Shalov Stone Bonner & Rocco, LLP<br>485 Seventh Avenue, Suite 1000<br>New York, NY 10018<br><br>***Representing Mary Gidaro*** | Jay B. Kasner, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br><br>***Representing Merrill Lynch & Co.*** |
| Edwin J. Mills, Esq.<br>Stull Stull & Brody<br>6 East 4th Street, 5th Floor<br>New York, NY 10017<br><br><br>***Representing Gregory Yashgur*** | Curtis V. Trinko, Esq.<br>Wai Kin Chan, Esq.<br>Law Office of Curtis V. Trinko, LLP<br>16 West 46th Street, 7th Floor<br>New York, NY 10036<br><br>***Representing Elizabeth Estey and Tara Moore*** |

Theresa Graham

2