USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-20-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARL ESPOSITO, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,

    Defendants.

Case No. 07-CV-10687 (JGK)

[PROPOSED] ORDER FOR
ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

---

BARBARA BOLAND, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,

    Defendants.

Case No. 07-CV-11054 (MGC)

Upon the motion of Lynda J. Grant, Cohen Milstein Hausfeld and Toll, PLLC. attorney for Carl Esposito and Barbara Boland, and the Declaration of Lynda J. Grant, and accompanying exhibits;

IT IS HEREBY ORDERED that

> LYNN LINCOLN SARKO
> Keller Rohrback LLP
> 1201 Third Avenue
> Suite 3200
> Seattle, WA 98101
> Phone: 206-623-1900
> Fax: 206-634-3384

is admitted to practice *pro hac vice* as counsel for Carl Esposito and Barbara Boland in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: December 14, 2007
New York, New York 10022

2/19/06

United States District/Magistrate Judge